MIGUEL DE ALDAMA, Appellant, *v.* FRANCIS F. LASALA, Respondent.

(Submitted October 14, 1881; decided November 22, 1881.)

*Horace Secor, Jr.*, for appellant.

*George H. Starr* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. BENNETT, Respondent, *v.* EDWIN B. BROOKE
et al., Appellants.

(Submitted October 14, 1881; decided November 22, 1881.)

*Nehemiah Millard* for appellants.

*Kennedy & Tracy* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.